**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern_____ District of __Indiana_____
(State)

Case number (*If known*):_____ Chapter __11___

FILED 2022 JAN 25 PM 2:43
**** CLERK, US COURT, INNB ****

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    **TON REAL ESTATE INVESTMENTS X, LLC**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    __ __ – __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**

   _400 S. Green St._____ Street

   _STE H_____

   _Chicago_____ _Illinois_____ _60607___
   City                              State          ZIP Code

   _COOK_____ County

   **Mailing address, if different from principal place of business**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City                State        ZIP Code

   **Location of principal assets, if different from principal place of business**

   **3701 SA. Main St.**
   **Number  Street**

   **Elkhart, Indiana, 46517**
   City                State        ZIP Code

5. **Debtor's website (URL)**    _____

| | |
|---|---|
| Debtor ___TON REAL ESTATE INVESTMENTS X, LLC___ | Case number *(if known)*_____ |

**6. Type of debtor**

- x Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- x Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- x Chapter 11. *Check all that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

TON REAL ESTATE INVESTMENTS X, LLC

Debtor _____   Case number (if known)_____

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | x No<br><br>☐ Yes. District_____ When_____ Case number _____<br>　　　　　　　　　　　　　　　MM / DD / YYYY<br><br>　　　　　District_____ When_____ Case number _____<br>　　　　　　　　　　　　　　　MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | x No<br><br>☐ Yes. Debtor_____ Relationship_____<br><br>　　　　　District_____ When<br>　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br><br>　　　　　Case number, if known _____ |

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>x Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | x No<br><br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>　　**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>　　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　　　What is the hazard? _____<br><br>　　☐ It needs to be physically secured or protected from the weather.<br><br>　　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>　　☐ Other _____<br><br><br>　　**Where is the property?** _____<br>　　　　　　　　　　　　　　　Number　　　Street<br><br>　　　　　　　　　　　　　　　_____<br><br>　　　　　　　　　　　　　　　City　　　　　　　　　State ZIP Code<br><br>　　**Is the property insured?**<br><br>　　☐ No<br>　　☐　　Yes. Insurance agency _____<br><br>　　　　　Contact name _____<br><br>　　　　　Phone _____ |

| | |
|---|---|
| ■　**Statistical and administrative information** | |

TON REAL ESTATE INVESTMENTS X, LLC

Debtor                                                Case number *(if known)*_____

---

**13. Debtor's estimation of available funds**

*Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

---

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/24/2022
MM  / DD / YYYY

**✗** _____
Signature of authorized representative of debtor

John Thomas
_____
Printed name

Title  Manager
_____

---

TON REAL ESTATE INVESTMENTS X, LLC
Debtor

Case number (if known)_____

**18. Signature of attorney**

✗ *Christopher A Hansen*
Signature of attorney for debtor

Date    01/24/2022_____
MM    / DD / YYYY

 Christopher A. Hansen
Printed name

 n/a
Firm name

 400 S. Green St. Ste. H
Number        Street

Chicago                                    Illinois    60607
City                                          State      ZIP Code

 708-284-6502                              hansenlegal@yahoo.com
Contact phone                             Email address

 3121774                                   Illinoios
Bar number                                 State

**Fill in this information to identify the case:**

Debtor name __TON REAL ESTATE INVESTMENTS X, LLC__

United States Bankruptcy Court for the: NORTHERN_____ District of __INDIANA__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   X Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
**CONCORD MALL PROPERTIES, LLC**

Creditor's mailing address
**10850 WILSHIRE BLVD.**

**LOS ANGELES, CA. 90024**

Creditor's email address, if known
_____

Date debt was incurred    **February 11, 2020**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
X Yes. Specify each creditor, including this creditor, and its relative priority.
**FIRST MORTGAGE**

Describe debtor's property that is subject to a lien
__3701 S. MAIN ST US 33__

__ELKHART IN 46517__

Describe the lien
__MORTGAGE__

Is the creditor an insider or related party?
X No
☐ Yes

Is anyone else liable on this claim?
☐ No
X Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
X Unliquidated
☐ Disputed

Column A: $ 6971,821.38    Column B: $_____

**2.2**

Creditor's name
**GLN INVESTMENTS, LLC**

Creditor's mailing address
**55 E. JACKSON BLVD**

**CHICAGO, ILLINOIS 60640**

Creditor's email address, if known
_____

Date debt was incurred    **February 12, 2020**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
X Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
**SECOND MORTGAGE**
X Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
__3701 S. MAIN ST US 33__

__ELKHART IN 46517__

Describe the lien
__MORTGAGE__

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 1,414,444.73    Column B: $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____

Debtor _____name_ TON REAL ESTATE INVESTMENTS X, LLC
Name

Case number *(if known)* _____

---

**Part 1:** **Additional Page**

Column A
**Amount of claim**
Do not deduct the value
of collateral.

Column B
**Value of collateral
that supports this
claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

---

2._  **Creditor's name**

**Describe debtor's property that is subject to a lien**

_____ $372,509.32

$_____

**Creditor's mailing address**

_____

**Creditor's email address, if known**

**Describe the lien**
_____

**Date debt was incurred** _____

**Last 4 digits of account
number** _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the
same property?**
☐ No
☐ Yes. Have you already specified the relative
priority?
   ☐ No. Specify each creditor, including this
    creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is
    specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2._  **Creditor's name**

_____

**Describe debtor's property that is subject to a lien**

_____ $_____

$_____

**Creditor's mailing address**

_____

_____

**Describe the lien**
_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account
number** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the
same property?**
☐ No
☐ Yes. Have you already specified the relative
priority?
   ☐ No. Specify each creditor, including this
    creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is
    specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor ___name___ TON REAL ESTATE INVESTMENTS X, LLC
Name

Case number *(if known)*_____

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Michael Knight | Line 2.1 __ | ___ ___ ___ ___ |
| 201 S. Main St. Suite 400 South Bend, Indiana, 46601 | | |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
*ELKHART COUNTY TREASURER*
**P.O. BOX 116**
**GOSHIN, INDIANA 46527**

As of the petition filing date, the claim is: $ 372,509.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor _____

Name

Case number (if known)_____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**    **Priority amount**

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

☐ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

☐ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

☐ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

☐ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor _____
        Name

Case number (*if known*)_____

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**  Nonpriority creditor's name and mailing address

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Debtor _____

Name

Date or dates debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Case number (if known) _____

Is the claim subject to offset?

☐ No

☐ Yes

Debtor _____
         Name

Case number (if known)_____

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___  **Nonpriority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

3.___  **Nonpriority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

3.___  **Nonpriority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

3.___  **Nonpriority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

3.___  **Nonpriority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

Debtor _____    Case number (if known)_____

    Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

  If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1.** _____    Line _____    ___ ___ ___ ___
_____    ☐ Not listed. Explain _____

**4.2.** _____    Line _____    ___ ___ ___ ___
_____    ☐ Not listed. Explain _____

**4.3.** _____    Line _____    ___ ___ ___ ___
_____    ☐ Not listed. Explain _____

**4.4.** _____    Line _____    ___ ___ ___ ___
_____    ☐ Not listed. Explain _____

**41.** _____    Line _____    ___ ___ ___ ___
_____    ☐ Not listed. Explain _____

**4.5.** _____    Line _____    ___ ___ ___ ___
_____    ☐ Not listed. Explain _____

**4.6.** _____    Line _____    ___ ___ ___ ___
_____    ☐ Not listed. Explain _____

**4.7.** _____    Line _____    ___ ___ ___ ___
_____    ☐ Not listed. Explain _____

**4.8.** _____    Line _____    ___ ___ ___ ___
_____    ☐ Not listed. Explain _____

**4.9.** _____    Line _____    ___ ___ ___ ___
_____    ☐ Not listed. Explain _____

**4.10.** _____    Line _____    ___ ___ ___ ___
_____    ☐ Not listed. Explain _____

**4.11.4** _____    Line _____    ___ ___ ___ ___
 1 _____    ☐ Not listed. Explain _____
 1
 .

Debtor _____    Case number (*if known*)_____
              Name

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

4._ _____    Line _____
   _____    ☐ Not listed. Explain _____    __ __ __ __
   _____    _____

Debtor _____     Case number (if known)_____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-----------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 8,386,661.11 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 377,319.16 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 8,763,585.27 |

**Fill in this information to identify the case and this filing:**

Debtor Name TON REAL ESTATE INVESTMENTS X, LLC

United States Bankruptcy Court for the:
:Northern                                    District of INDIANA
                                                          (State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
   x*Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   x*Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   x*Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule ____*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/24/2022_____                    **✗** _____
       MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                               John Thomas
                                               _____
                                               Printed name

                                               Manager
                                               _____
                                               Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

<u>NORTHERN</u> ____ District of <u>INDIANA</u> _____

In re **TON REAL ESTATE INVESTMENTS X, LLC**

Case No. _____

**Debtor**

Chapter <u>11</u> _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................$ 5,000.00 ____

   Prior to the filing of this statement I have received ...............................$ 00.00 ____

   Balance Due ...............................................................................................$ 5,000.00 ____

2. The source of the compensation paid to me was: X

   ☐ Debtor               ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor               ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_1/24/22_
Date

_Christopher A Hansen_
Signature of Attorney

_____
Name of law firm

| Information to identify the case: | |
|---|---|

Debtor    <u>TON REAL ESTATE INVESTMENTS X, LLC</u>
　　　　　　　Name

United States Bankruptcy Court for the:NORTHERN_____District of INDIANA
　　　　　　　　　　　　　　　　　　　　　　　　　　　(State)

Case number: _____

EIN    – 84-472-3689 _ _ _ _

[Date case filed for chapter 11 _____
　　　　　　　　　　　　　　　　MM / DD / YYYY  OR
[Date case filed in chapter _____
　　　　　　　　　　　　　　　　MM / DD / YYYY
Date case converted to chapter 11 _____]
　　　　　　　　　　　　　　　　MM / DD / YYYY

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case                          10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

<u>The staff of the bankruptcy clerk's office cannot give legal advice.</u>

**Do not file this notice with any proof of claim or other filing in the case.**

| | |
|---|---|
| 1. **Debtor's full name TON REAL ESTATE INVESTMENTS X, LLC** | |
| 2. **All other names used in the last 8 years** | |
| 3. **Address  400 S. GREEN ST. STE. H**<br>　　　　　**CHICAGO, ILLINOIS, 60607** | |
| 4. **Debtor's attorney CHRISTOPHER A. HANSEN**<br>**400 S. GREEN ST. STE. H, CHICAGO, ILLINOIS, 60607**<br>Name and address | Contact phone    708-284-6502_____<br>Email    hansenlegal@yahoo.com_____ |
| 5. **Bankruptcy trustee**<br>Name and address | Contact phone    _____<br>Email    _____ |
| 6. **Bankruptcy clerk's office    ROBERT K. RODIBAUGH CPORTHOUSE**<br>**401 S. MICHIGAN ST., SOUTH BEND, IN 46601**<br>Documents in this case may befiled at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Hours open<br>_____<br>Contact phone 574-968-2100 |

For more information, see page 2 ▶

Debtor _____   Case number (*if known*)_____
_____Name

| | |
|---|---|
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | _____ at _____   Location:<br><br>Date                Time<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. |
| 8. **Proof of claim deadline** | **Deadline for filing proof of claim:**          [Not yet set. If a deadline is set, the court will send you another notice.] or<br><br>[date, if set by the court)]<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>◻ your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>◻ you file a proof of claim in a different amount; or<br>◻ you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**          _____ |
| 10. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
| 12. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

<u>IN THE UNITED STATES BANKRUPTCY COURT</u>
<u>FOR THE NORTHERN DISTYRICT OF INDIANA</u>

IN RE: TON REAL ESTATE INVESTMENTS X, LLC.

LIST OF CREDITORS AND OTHERS ENTITLED TO NOTICE

CREDITORS:

1.  Concord Mall Properties, LLC
    10850 Wilshire Blvd.
    Los Angeles, Ca. 90024

2.  GLN Investments, LLC.
    55 E Jackson Blvd.
    Chicago, Illinois, 60640

3.  Elkhart County Treasurer
    P.O. Box 1126
    Goshin, Indiana, 46527

Third Parties:

1.  Michael Knight
    201 S. Main St., Ste. 400
    South Bend, Indiana, 46601

2.  Bradley Company, Receiver
    112 West Jefferson Blvd., Ste. 300
    South Bend, Indiana, 46601

*(handwritten)*
4  Cramer Marcross
   2 N La Salle St
   Ste 900
   Chicago Al 60602

5  Newby Lewis
   916 Lincoln Way
   La Porte, In 46750